# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK HEARRING, JR.,
    Appellant,
    vs.
THE STATE OF NEVADA,
    Respondent.

No. 77549

FILED

DEC 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a "motion for order to show cause, contempt of court and monetary sanctions."[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

        Cherry , J.
        Cherry

Parraguirre , J.

        Stiglich , J.

---

[1]The district court removed the motion from its calendar on November 6, 2018.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-908944

cc: Hon. Michelle Leavitt, District Judge
Frank Hearring, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2